IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JESSE HOWARD GARCIA,

    Petitioner,     JUDGMENT IN A CIVIL CASE

v.     Case No. 17-cv-115-jdp

LOUIS WILLIAMS II,

    Respondent.

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent denying petitioner Jesse Howard Garcia's petition for a writ of habeas corpus under 28 U.S.C. § 2241 and dismissing this case.

| /s/ | 5/9/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |